**Order entered March 23, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01184-CR

### DEMPSTER A. ROSS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-80539-2014

## ORDER

The Court **REINSTATES** the appeal.

We **GRANT** appellant's March 19, 2015 motion to "unabate" the appeal and accept appellant's March 18, 2015 amended brief as timely filed. We **VACATE** our February 26, 2015 order to the extent it requires the trial court to conduct a hearing and prepare findings.

Appellant's amended brief is **DEEMED** timely filed as of the date of this order.

/s/    LANA MYERS
       JUSTICE